NUMBER 13-06-079-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_______________________________________________________


BARRY HOUSH, ET AL., Appellants,


v.



UNION CARBIDE CORPORATION, ET AL., Appellees.

_______________________________________________________


On appeal from the 319th District Court


of Nueces County, Texas.


_______________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Hinojosa and Garza


Memorandum Opinion Per Curiam



 Appellants, BARRY HOUSH, ET AL., attempted to perfect an appeal from an
order entered by the 319th District Court of Nueces County, Texas, in cause no. 03-01981-G. The clerk's record was received on June 28, 2006. 

 A review of the clerk's record in this cause fails to affirmatively reflect that this
Court has jurisdiction over this appeal. First, it appears that the order from which this
appeal is taken is not a final, appealable judgment. Second, it appears that parties
have filed suggestions of bankruptcy; however, the record fails to reflect that any
bankruptcy stay has been lifted or the case otherwise remanded to the trial court. 
Pursuant to Tex. R. App. P. 42.3, notice of these defects was given so that steps could
be taken to correct the defects, if it could be done. Appellants were advised that, if
the defects were not corrected within ten days from the date of receipt of this notice,
the appeal would be dismissed for want of jurisdiction. Appellants failed to file a
response as requested by this Court's notice. 

 The Court, having considered the documents on file and appellants' failure to
respond to this Court's notice, is of the opinion that the appeal should be dismissed
for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

 PER CURIAM


Memorandum Opinion delivered and 

filed this the 24th day of August, 2006.